# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JEAN E. GRUBB,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:05CV00050 |
| | ) | |
| v. | ) | **FINAL JUDGMENT** |
| | ) | |
| **JO ANNE B. BARNHART,** | ) | By: James P. Jones |
| **COMMISSIONER** | ) | Chief United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons stated in the opinion accompanying this final judgment, it is

**ADJUDGED AND ORDERED** as follows:

1. The objections to the magistrate judge's report and recommendations are **OVERRULED**;

2. The magistrate judge's report and recommendations are **ACCEPTED**;

3. The motion for summary judgment by the Commissioner of Social Security ("Commissioner") is **GRANTED**; and

4. The final decision of the Commissioner is **AFFIRMED**.

ENTER: April 17, 2006

/s/ JAMES P. JONES
Chief United States District Judge